# THE STATE OF TEXAS
# M A N D A T E
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE 294TH DISTRICT COURT OF VAN ZANDT COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 22nd day of July, 2015, the cause upon appeal to revise or reverse your judgment between

**SOUTHERN METHODIST UNIVERSITY, Appellant**

**NO. 12-15-00117-CV; Trial Court No. 10-00927**

By *per curiam* opinion.

**RIO BRAZOS ENERGY CO., Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came on to be heard on the joint motion to set aside the judgment of the trial court without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to set aside the trial court's judgment without regard to the merits be **granted**, the trial court's judgment be, and hereby is, **set aside**, and the case is **remanded** to the trial court for rendition of judgment in accordance with the parties' agreement. It is further ORDERED, ADJUDGED and DECREED that all costs of this appeal are hereby adjudged against the appellant, **SOUTHERN METHODIST UNIVERSITY,** for which execution may issue, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 18th day of September, 2015.



PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk